Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16646−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Max Luc Picard
11 Albert Drive
Old Bridge, NJ 08857

Sheryl Eileen Picard
11 Albert Drive
Old Bridge, NJ 08857

Social Security No.:
xxx−xx−6013

xxx−xx−7377

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/16/18 and a confirmation hearing on such Plan has been scheduled for 6/20/18.

The debtor filed a Modified Plan on 7/11/18 and a confirmation hearing on the Modified Plan is scheduled for 8/15/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 12, 2018
JAN: amg

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 18-16646-CMG
Max Luc Picard                                                          Chapter 13
Sheryl Eileen Picard
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Jul 12, 2018
                              Form ID: 186                 Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db/jdb         +Max Luc Picard,    Sheryl Eileen Picard,    11 Albert Drive,    Old Bridge, NJ 08857-2529
517434484       Alliance One Receivables,    PO Box 11641,    Tacoma, WA 98411-6641
517434485      +Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517434486      +Apothaker & Associates, PC,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
517466105       Arrow Financial Services, LLC,    Forster Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710
517434487      +C-Tech,    PO Box 402,    Mount Sinai, NY 11766-0402
517456207      +CACH of New Jersey, LLC,    c/o Bronson & Migliaccio, LLP,    2200 Fletcher Ave., 5th Flr.,
                 Fort Lee, NJ 07024-5005
517434501      +Capital One Bank,    Goldman & Warshaw PC,    PO Box 2500,    Caldwell, NJ 07007-2500
517434510      +Capital One Bank,    Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Dr., Ste. 100, POB 1269,
                 Mount Laurel, NJ 08054-7269
517573610       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517434492       Convergent Outsourcing, Inc,    PO Box 9004,    Renton, WA 98057-9004
517434494     #+Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
517434497       EOS CCA,    PO Box 329,    Norwell, MA 02061-0329
517434531      +Eder Flag Manufacturing,    Vogel and Gast, Esqs,    10 Johnston Road, POB 7067,
                 Plainfield, NJ 07069-0799
517434495       Eichenbaum & Stylianou, LLC,    10 Forest Avenue,    PO Box 0914,    Paramus, NJ 07653-0914
517434498      +FBCS,    330 S Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
517434500     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court: Forster Garbus & Garbus,     60 Motor Parkway,
                 Commack, NY 11725-5710)
517434499      +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517434502      +Green Frazier & Hampton,    4164 N Dupont Highway,    Suite 12,    Dover, DE 19901-1573
517434505       James A. West PC,    11111 Harwin Drive,    Houston, TX 77072-1612
517434508       Kenneth G. Timmons,    Krevsky, Silber & Bergen,    123 North Union Avenue. Ste. 202, POB 99,
                 Cranford, NJ 07016-0099
517638345      +LARIDIAN FINANCIAL, LLC,    C/O FEIN SUCH KAHN & SHEPARD PC,    7 CENTURY DR., SUITE 201,
                 PARSIPPANY, NJ 07054-4609
517434509      +Laridian Consulting, LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
517434513       NCC,    120 N Keyser Avenue,    Scranton, PA 18504-9701
517434512       Nations Recovery Center, Inc,    PO Box 620130,    Atlanta, GA 30362-2130
517434515      +Niagara Credit Soultions, Inc.,    1212 Abbot Road,    Suite D,    Buffalo, NY 14218-1900
517434516      +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
517633682      +Old Bridge Municipal Utilities Authority,    PO Box 1006,    Laurence Harbor, NJ 08879-4006
517434489      +Overlook Hospital,    Celentano, Stadmauer & Walentowicz, LLP,    1035 Route 46 East,
                 Clifton, NJ 07013-7481
517434521       PSE&G Co.,    PO Box 14444,    New Brunswick, NJ 08906-4444
517434517       Pinnacle Financial Group,    7825 Wahington Avenue S,    Suite 410,    Minneapolis, MN 55439-2409
517434518      +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517456208      +Portfolio Recovery Associates,    c/o Apothaker & Assoc.,    520 Fellowship road,
                 Mt. Laurel, NJ 08054-3407
517434520       Providian,    PO Box 99604,    Arlington, TX 76096-9604
517434522       Public Service Electric & Gas Co,    PO Box 163250,    Columbus, OH 43216-3250
517434523       Quill,    PO Box 94081,    Palatine, IL 60094-4081
517466106       RAB Performance Recoveries LLC,    Eichenbaum & Stylianou, LLC,    10 Forest Avenue,
                 PO Box 0914,    Paramus, NJ 07653-0914
517434524      +RMS,    260 E Wentworth Avenue,    Saint Paul, MN 55118-3523
517603898     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517434526      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517434527      +State of New Jersey,    25 Market Street,    Trenton, NJ 08611-2148
517434529       TSTS Total Debt Management, Inc,    PO Box 6700,    Norcross, GA 30091-6700
517434530       Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
517434532       Washington Mutal,    PO Box 99604,    TX 76069-9604
517434533      +Worldzen Collection and Recovery LLC,    Dept 718,    PO Box 4115,    Concord, CA 94524-4115
517434534      +Yellowbook Sales,    c/o Slater & Tengalia Fritz & Hunt,    301 3rd Street,
                 Ocean City, NJ 08226-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517434488       E-mail/Text: bcwrtoff@cablevision.com Jul 12 2018 23:26:54      Cablevision,    PO Box 371897,
                 Pittsburgh, PA 15250-7897
517434490       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:38      Comenity Capital/Zales,
                 Attn: Bankrutptcy Dept,    Po Box 18215,    Columbus, OH 43218
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Jul 12, 2018
                              Form ID: 186             Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517434491       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:38      Comenity-Lane Bryant,
                 PO Box 659728,    San Antonio, TX 78265-9728
517434493      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 12 2018 23:26:53
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
517434496       E-mail/Text: bknotice@ercbpo.com Jul 12 2018 23:26:05      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
517434503      +E-mail/Text: bkynotice@harvardcollect.com Jul 12 2018 23:27:06
                 Harvard Collection Services, Inc,    4839 N Elston Avenue,    Chicago, IL 60630-2589
517434504       E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 23:25:13      Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517434506       E-mail/Text: cs.bankruptcy@jmcbiz.com Jul 12 2018 23:26:55      Joseph Mann & Creed,
                 PO Box 22253,    Beachwood, OH 44122-0253
517434507       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2018 23:24:59      Kohls Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
517584563       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 23:30:23      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517434511       E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2018 23:25:57      Midland Credit Management, Inc,
                 PO Box 60578,    Los Angeles, CA 90060-0578
517434514       E-mail/Text: bankruptcydepartment@tsico.com Jul 12 2018 23:26:46      NCO Financial Systems,
                 PO Box 15740,    Wilmington, DE 19850-5740
517434519       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 23:42:50
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
517617370      +E-mail/Text: bankruptcy@pseg.com Jul 12 2018 23:24:51      PSE&G,   Attn: Bankruptcy,
                 PO Box 490,    Cranford NJ 07016-0490
517581999       E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 23:25:51
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517572768       E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 23:25:51
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517434525      +E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2018 23:27:04
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
517435661      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517587339       E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2018 23:27:04
                 The Bank of New York Mellon, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517434528     ##+Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jul 12, 2018
                              Form ID: 186             Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Max Luc Picard bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Sheryl Eileen Picard bkwoliver@aol.com,
           R59915@notify.bestcase.com

                                                                               TOTAL: 5