UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on August 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Max and Sheryl Picard
                   Debtors

Case No.: 18-16646

Adv. No.:

Hearing Date: 08/15/2018

Judge: Christine M. Gravelle

**CONSENT ORDER TO ALLOW PROOF OF CLAIM TO BE PAID BY THE TRUSTEE AND RESOLVING OBJECTION TO THE FIRST MODIFIED PLAN FILED BY SECURED CREDITOR, OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 2, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Picard, Max and Sheryl
Debtor's Case No: 18-16646(CMG)

Consent Order to Allow Proof of Claim to be Paid by the Trustee and Resolving Objection to the First Modified Plan filed by Secured Creditor, Old Bridge Municipal Utilities Authority

      **ORDERED** that the secured claim filed by Old Bridge Municipal Utilities Authority on July 17, 2018 (claim no. 9) in the amount of $1,768.08 is a secured pre-petition debt. The Chapter 13 Trustee is hereby authorized to pay the claim, as the claim was included in the First Modified Plan filed by the Debtors.

      **ORDERED** that this Order resolves the objection filed to the first Modified Plan by secured creditor, Old Bridge Municipal Utilities Authority

We hereby consent to the form and entry of the within order:

/s/ Joel R. Glucksman
Joel R. Glucksman, Esquire
Attorney for Old Bridge Municipal Utilities Authority


/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esq.
Attorney for Debtors