UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on August 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Max and Sheryl Picard
      Debtors

Case No.: 18-16646

Adv. No.:

Hearing Date: 08/15/2018

Judge: Christine M. Gravelle

## CONSENT ORDER TO ALLOW PROOF OF CLAIM TO BE PAID BY THE TRUSTEE AND RESOLVING OBJECTION TO THE FIRST MODIFIED PLAN FILED BY SECURED CREDITOR, OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 2, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Picard, Max and Sheryl

Debtor's Case No: 18-16646(CMG)

Consent Order to Allow Proof of Claim to be Paid by the Trustee and Resolving Objection to the First Modified Plan filed by Secured Creditor, Old Bridge Municipal Utilities Authority

      **ORDERED** that the secured claim filed by Old Bridge Municipal Utilities Authority on July 17, 2018 (claim no. 9) in the amount of $1,768.08 is a secured pre-petition debt. The Chapter 13 Trustee is hereby authorized to pay the claim, as the claim was included in the First Modified Plan filed by the Debtors.

      **ORDERED** that this Order resolves the objection filed to the first Modified Plan by secured creditor, Old Bridge Municipal Utilities Authority

We hereby consent to the form and entry of the within order:

/s/ Joel R. Glucksman
Joel R. Glucksman, Esquire
Attorney for Old Bridge Municipal Utilities Authority


/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esq.
Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16646-CMG
Max Luc Picard                                                          Chapter 13
Sheryl Eileen Picard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 02, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db/jdb         +Max Luc Picard,    Sheryl Eileen Picard,    11 Albert Drive,    Old Bridge, NJ 08857-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Max Luc Picard bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Sheryl Eileen Picard bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6