Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16646−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Max Luc Picard | Sheryl Eileen Picard |
| 11 Albert Drive | 11 Albert Drive |
| Old Bridge, NJ 08857 | Old Bridge, NJ 08857 |

Social Security No.:
   xxx−xx−6013                                                     xxx−xx−7377

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/6/19 at 09:00 AM

to consider and act upon the following:

**53** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/17/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court