Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−16646−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Max Luc Picard
11 Albert Drive
Old Bridge, NJ 08857

Sheryl Eileen Picard
11 Albert Drive
Old Bridge, NJ 08857

Social Security No.:
xxx−xx−6013

xxx−xx−7377

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/6/19 at 09:00 AM

to consider and act upon the following:

*53* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/17/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Max Luc Picard  
Sheryl Eileen Picard  
    Debtors

Case No. 18-16646-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 11, 2019  
                      Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.  
db/jdb        +Max Luc Picard,    Sheryl Eileen Picard,    11 Albert Drive,    Old Bridge, NJ 08857-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William H. Oliver, Jr.    on behalf of Debtor Max Luc Picard bkwoliver@aol.com, R59915@notify.bestcase.com  
          William H. Oliver, Jr.    on behalf of Joint Debtor Sheryl Eileen Picard bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                            TOTAL: 8