UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Max Luc Picard
Sheryl Eileen Picard

Debtor(s)

Case No.: 18-16646 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Max Luc Picard  
Sheryl Eileen Picard  
    Debtors

Case No. 18-16646-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 21, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db/jdb       +Max Luc Picard,   Sheryl Eileen Picard,   11 Albert Drive,   Old Bridge, NJ 08857-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:  
            Albert   Russo   docs@russotrustee.com  
            Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Joel R. Glucksman   on behalf of Creditor   Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  
            Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
            William H. Oliver, Jr.   on behalf of Debtor Max Luc Picard bkwoliver@aol.com, R59915@notify.bestcase.com  
            William H. Oliver, Jr.   on behalf of Joint Debtor Sheryl Eileen Picard bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                                                                                                                                                  TOTAL: 8