UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCARINCI & HOLLENBECK, LLC
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal Utilities Authority

**Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MAX LUC PICARD AND
SHERYL EILEEN PICARD

Debtors.

Case No.: 18-16646

Chapter: 13

Judge: Gravelle

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

On February 21, 2020, an application was filed for the Claimant(s), Old Bridge Municipal Utilities Authority, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $10.99 held in unclaimed funds be made payable to the Old Bridge Municipal Utilities Authority and be disbursed to the payee at the following address:

71 Boulevard West

Keyport, New Jersey 07735

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*