UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCARINCI & HOLLENBECK, LLC
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal Utilities Authority

Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MAX LUC PICARD AND
SHERYL EILEEN PICARD

Debtors.

Case No.: 18-16646

Chapter: 13

Judge: Gravelle

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

DATED: March 2, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

On February 21, 2020, an application was filed for the Claimant(s), Old Bridge Municipal Utilities Authority, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $10.99 held in unclaimed funds be made payable to the Old Bridge Municipal Utilities Authority and be disbursed to the payee at the following address:

71 Boulevard West

Keyport, New Jersey 07735

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Max Luc Picard  
Sheryl Eileen Picard  
     Debtors

Case No. 18-16646-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Mar 03, 2020  
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
db/jdb　　　　+Max Luc Picard,    Sheryl Eileen Picard,    11 Albert Drive,    Old Bridge, NJ 08857-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020　　　　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:  
　　　　Albert   Russo    docs@russotrustee.com  
　　　　Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
　　　　Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@sh-law.com, rjoyce@sh-law.com  
　　　　Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
　　　　William H. Oliver, Jr.    on behalf of Debtor Max Luc Picard courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
　　　　William H. Oliver, Jr.    on behalf of Joint Debtor Sheryl Eileen Picard courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9